# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ANTOLIN ANDREW MARKS,

    Petitioner,

    v.

A. NEIL CLARK,

    Respondent.

Case No. C09-5148BHS/JRC

ORDER GRANTING *IN FORMA PAUPERIS* STATUS

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4. Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    Dated this 20th day of April 2009.

    */s/ J. Richard Creatura*
    J. Richard Creatura
    United States Magistrate Judge

ORDER - 1