UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>        Petitioner,<br><br>   v.<br><br>A. NEIL CLARK,<br><br>        Respondent. | Case No. C09-5148BHS/JRC<br><br>ORDER DENYING PETITIONER'S MOTION FOR AN EXTENSION OF TIME |

This 28 U.S.C. § 2241 petition has been assigned to the undersigned Magistrate Judge. Petitioner has filed a motion for an extension of time to file a response to a motion to dismiss. (Dkt. #19).

Both the motion for an extension of time and the response to the motion to dismiss were received June 12, 2009, (Dkt # 18 and 19). The motion to dismiss is noted for June 26, 2009 (Dkt. # 15). Thus, petitioner had until June 22, 2009, to file a response. See, Local Rule 7(d)(3). As the response was not late, the motion for an extension of time is DENIED as moot.

DATED this 6th day of July, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1