# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

JUDGMENT IN A CIVIL CASE

v.

A. NEIL CLARK

CASE NUMBER: C09-5148BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition for habeas corpus is **DENIED**.

   August 18, 2009                                   BRUCE RIFKIN
Date                                                       Clerk

                                                              *s/CM Gonzalez*
                                                              Deputy Clerk